834

No. 5107. PACHECO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 5109. JEFFERSON v. BRANTLEY, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 5119. HUGULEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 5124. HASKINS v. POINT TOWING CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 5128. RIDGLEY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 5131. HOSKINS v. WINGO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5132. CURLEY ET AL. v. SOUTH CAROLINA; and
No. 5150. PEARSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. Reported below: 253 S. C. 513, 171 S. E. 2d 699.

No. 5138. CAMPAGNE v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5140. SCHOELLER v. DUNBAR, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 5144. RAVICH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5146. BABCHAK v. NEW YORK. Ct. App. N. Y. Certiorari denied.